# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MARCO ANTONIO CONTRERAS AGUIAR (1),<br><br>                Defendant. | Case No. 23-cr-1125-JO<br><br>Booking No. 09035-506<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the motion of the United States, the Court GRANTS the United States' motion to dismiss without prejudice the Information in the above-entitled case against Defendant Marco Antonio Contreras Aguiar. The defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

DATED: 6/29/23

                                              HONORABLE JINSOOK OHTA
                                              UNITED STATES DISTRICT JUDGE